**Operating Budget**

|  | **May** | **June** | **July** |
|---|---|---|---|
| Cash forwarded | 70,000 | 89,300 | 91,600 |
| Past A/R received | <u>232,000</u> | <u>280,000</u> | <u>280,000</u> |
|  | **302,000** | **369,300** | **371,600** |
| **Expenses** |  |  |  |
| Payroll | 88,000 | 88,000 | 88,000 |
| Payroll taxes | 30,000 | 30,000 | 30,000 |
| Union dues | 8,000 | 8,000 | 8,000 |
| Rent      CT | 850 | 850 | 850 |
|             NJ | 1,500 | 1,500 | 1,500 |
| Material Suppliers | 40,000 | 80,000 | 80,000 |
| Man-Lift Rentals | 5,000 | 5,000 | 10,000 |
| Health Insurance | 5,500 | 5,500 | 5,500 |
| Liability / Workers Comp Insurance |  | 25,000 | 15,000 |
| Travel / Client expences | 6,000 | 6,000 | 6,000 |
| Vehicle Loan Payments | 3,500 | 3,500 | 3,500 |
| Vehicle Fuel | 2,000 | 2,000 | 2,000 |
| Vehicle Expences | 1,500 | 1,500 | 1,500 |
| Utilities | 500 | 500 | 500 |
| Postage / Fedex | 400 | 400 | 400 |
| Answering Service | 200 | 200 | 200 |
| Computer Leases | 200 | 200 | 200 |
| Internet Services | 250 | 250 | 250 |
| Tolls | 1,000 | 1,000 | 1,000 |
| NYC Parking | 200 | 200 | 200 |
| Office Supplies | 300 | 300 | 300 |
| Office Cleaning | 200 | 200 | 200 |
| Attorney Fees | 10,000 | 10,000 | 10,000 |
| Accountant Fees | 5,000 | 5,000 | 5,000 |
| Telephone | 2,500 | 2,500 | 2,500 |
| Trash removal | 100 | 100 | 100 |
| **Total Expenses** | **212,700** | **277,700** | **272,700** |